UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-22361-CIV-ALTONAGA/Torres

**VICTOR FARISH**,

    Plaintiff,

v.

**PAUL PEREIRA**, *et al.*,

    Defendants.

_____/

## ORDER

**THIS CAUSE** came before the Court *sua sponte*. On July 28, 2022, Plaintiff Victor Farish filed a Complaint [ECF No. 1] asserting 10 claims for relief. (*See id.* ¶¶ 129–81). The next day, the Court dismissed the Complaint for failure to state a claim for relief. (*See* July 29, 2022 Order [ECF No. 4]). The Order gave Plaintiff until August 11, 2022, to correct the deficiencies identified in the Order. (*See id.* 2–3). To date, Plaintiff has not filed an amended complaint, and the deadline to do so has passed.

Accordingly, it is

**ORDERED AND ADJUDGED** that this action is **DISMISSED without prejudice**. The Clerk is instructed to mark the case as **CLOSED**.

**DONE AND ORDERED** in Miami, Florida, this 16th day of August, 2022.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**